LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com
jgreen@lipsonneilson.com

*Attorneys for Defendant Alarmco, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRCIT OF NEVADA

* * *

| | |
|---|---|
| TERRY CLARK, an individual; AMY PALMER, an individual, <br><br> Plaintiffs, <br> vs. <br><br> ALARMCO, INC., a Domestic Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No: 2:19-cv-01506-APG-BNW |

### STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
(First Request)

Defendant ALARMCO, INC., by and through its attorney, Jessica A. Green, Esq., of the law firm LIPSON NEILSON P.C., and Plaintiffs TERRY CLARK and AMY PALMER, by and through their attorney, Trevor J. Hatfield, Esq., of the law firm HATFIELD & ASSOCIATES, LTD., hereby stipulate and agree that Defendant ALARMCO, INC., has to and including November 1, 2019, to respond to Plaintiff's Complaint [ECF No. 1]. This is a

\ \ \

\ \ \

two-week extension from the original due date of October 18, 2019. This is Defendant's first request for an extension.

| | |
|---|---|
| Dated: October 16, 2019 | Dated: October 16, 2019 |
| LIPSON NEILSON P.C. | HATFIELD & ASSOCIATES, LTD. |
| By: /s/ Jessica A. Green | By /s/ Trevor J. Hartfield |
| JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>JESSICA A. GREEN, ESQ.<br>Nevada Bar No. 12383<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>jgarin@lipsonneilson.com<br>jgreen@lipsonneilson.com | TREVOR J. HATFIELD, ESQ.<br>Nevada Bar No. 7373<br>703 South Eighth Street<br>Las Vegas, NV 89101<br>thatfield@hatfieldlawassociates.com<br><br>*Attorney for Plaintiffs* |
| *Attorneys for Defendant Alarmco, Inc.* | |

**IT IS SO ORDERED**

**DATED: October 18, 2019**

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**