1  LIPSON NEILSON P.C.
   JOSEPH P. GARIN, ESQ.
2  Nevada Bar No. 6653
   JESSICA A. GREEN, ESQ.
3  Nevada Bar No. 12383
   9900 Covington Cross Drive, Suite 120
4  Las Vegas, Nevada 89144
   Phone: (702) 382-1500
5  jgarin@lipsonneilson.com
   jgreen@lipsonneilson.com
6

7  HARTWELL THALACKER
   LAURA J. THALACKER, ESQ.
8  Nevada Bar No. 5522
   DOREEN SPEARS HARTWELL, ESQ.
9  Nevada Bar No. 7525
10 11920 Southern Highlands Parkway, Suite 210
   Las Vegas, Nevada 89141
11 Phone: (702) 850-1074
   Laura@HartwellThalacker.com
12 Doreen@HartwellThalacker.com

13 *Attorneys for Defendant Alarmco, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRCIT OF NEVADA

* * *

| | |
|---|---|
| TERRY CLARK, an individual; AMY PALMER, an individual, | Case No: 2:19-cv-01506-APG-BNW |
| Plaintiffs, | **STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION** |
| vs. | |
| ALARMCO, INC., a Domestic Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

The Parties herein, by and through their respective attorneys of record, respectfully request for an order continuing the Early Neutral Evaluation ("ENE") Session currently set for January 3, 2020 at 9:00 a.m. to a date convenient to the Court's calendar.

LIPSON NEILSON P.C.
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512

This request is being made because Defendant's co-trial counsel, Jessica A. Green will be out of state until the early part of January, 2020. This is the parties' first request and is not intended for delay.

Based on the foregoing, the Parties respectfully submit that the Court reschedule the Early Neutral Evaluation to a date convenient to the Court's calendar.[1] The written evaluation statements shall be submitted to the Court's chambers one week before the newly scheduled ENE Session.

| | |
|---|---|
| Dated this 15th of November, 2019 | Dated this 15th of November, 2019 |
| HATFIELD & ASSOCIATES, LTD. | LIPSON NEILSON P.C. |
| By __/s/ Trevor J. Hatfield_____<br>TREVOR J. HATFIELD, ESQ.<br>Nevada Bar No. 7373<br>703 South Eighth Street<br>Las Vegas, Nevada 89101 | By: __/s/ Jessica A. Green_____<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>JESSICA A. GREEN, ESQ.<br>Nevada Bar No. 12383 |
| *Attorneys for Plaintiffs* | LAURA J. THALACKER, ESQ.<br>Nevada Bar No. 5522<br>DOREEN SPEARS HARTWELL, ESQ.<br>Nevada Bar No. 7525 |
| | *Attorneys for Defendant Alarmco, Inc.* |

## ORDER

IT IS SO ORDERED that, the Early Neutral Evaluation Session currently set for January 3, 2020 at 9:00 a.m. shall be vacated and rescheduled to February 7, 2020 at 9:00 a.m. The written confidential evaluation statements shall be submitted to the Court's chambers on January 31, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 25, 2019

---

[1] The parties will be available at any other dates, except the week of January 20, 2020 when Laura J. Thalacker, co-counsel for the Defendant, is scheduled to travel out of state.