LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
jgarin@lipsonneilson.com
jgreen@lipsonneilson.com

HARTWELL THALACKER
LAURA J. THALACKER, ESQ.
Nevada Bar No. 5522
DOREEN SPEARS HARTWELL, ESQ.
Nevada Bar No. 7525
11920 Southern Highlands Parkway, Suite 210
Las Vegas, Nevada 89141
Phone: (702) 850-1074
Laura@HartwellThalacker.com
Doreen@HartwellThalacker.com
*Attorneys for Defendant Alarmco, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRCIT OF NEVADA**
* * *

| | |
|---|---|
| TERRY CLARK, an individual; AMY PALMER, an individual, <br><br> Plaintiffs, <br> vs. <br><br> ALARMCO, INC., a Domestic Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No: 2:19-cv-01506-APG-BNW <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiffs Terry Clark and Amy Palmer and Defendant Alarmco, Inc., by and through their attorneys of record, that the above-

///

///

///

LIPSON NEILSON P.C.
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512

*Clark, et al. v. Alarmco, Inc.*
Case No: 2:19-cv-01506-APG-BNW

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

entitled action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own respective attorney's fees and costs.

Dated this 24th of February, 2020

HATFIELD & ASSOCIATES, LTD.

By: /s/ Trevor J. Hatfield
TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
703 South Eighth Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiffs*

Dated this 24th of February, 2020

LIPSON NEILSON P.C.

By: /s Jessica A. Green
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383

HARTWELL THALACKER
LAURA J. THALACKER, ESQ.
Nevada Bar No. 5522
DOREEN SPEARS HARTWELL, ESQ.
Nevada Bar No. 7525

*Attorneys for Defendant Alarmco, Inc.*

**ORDER**

Based on the foregoing stipulation by and between the parties,

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: February 24, 2020.